**COZEN OCONNOR**
Valerie D. Rojas (State Bar No. 180041)
*vrojas@cozen.com*
601 S. Figueroa Street, Suite 3700
Los Angeles, CA  90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Michael D. Rafalko (Admitted *Pro Hac Vice*)
Allison B. Goldis (Admitted *Pro Hac Vice*)
*mrafalko@cozen.com/ agoldis@cozen.com*
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
Telephone: 215.665.4611/ 215.665.7241
Facsimile: 215.372.2360/ 267.507.1546

Attorneys for Plaintiff
TRANSAMERICA LIFE INSURANCE COMPANY

JS-6

## IN UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>     *Plaintiff*,<br><br>v.<br><br>JANET KNOX, COREY LANDRUM and TIFFANY HARRIS,<br><br>     *Defendants*. | Case No.  5:22-cv-01774-JGB-SHK<br><br>**ORDER OF DISMISSAL** |

Having considered the Stipulation of Dismissal filed by Plaintiff Transamerica Life Insurance Company ("Transamerica") and Defendant Janet Knox ("Knox"), the Court rules as follows:

1. Transamerica's Complaint against Knox is DISMISSED, with prejudice.

2. Transamerica's Complaint against Defendant Corey Landrum and Defendant Tiffany Harris is DISMISSED, without prejudice.

3. Transamerica and Knox shall bear their own attorney fees and costs in connection with the litigation.

IT IS SO ORDERED.

Dated: October 30, 2024        By: _____
                                Hon. Jesus G. Bernal
                                United States District Judge